**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 07-7368**

─────────────

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

SHAWN ELIELY,

        Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Raymond A. Jackson, District Judge. (4:04-cr-00078-RAJ)

─────────────

Submitted: April 16, 2008        Decided: May 2, 2008

─────────────

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Shawn Eliely, Appellant Pro Se. Scott W. Putney, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Newport News, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shawn Eliely appeals the district court's order denying his motion for release on recognizance or bail pending the court's consideration of Eliely's post-conviction motion filed under 28 U.S.C. § 2255 (2000).[1] Before a prisoner may be released on bail pending a collateral attack on his conviction, he must show substantial constitutional claims on which he has a high probability of success, and exceptional circumstances making a grant of bail necessary for the habeas remedy to be effective. See Lee v. Jabe, 989 F.2d 869, 871 (6th Cir. 1993); Calley v. Callaway, 496 F.2d 701, 702 (5th Cir. 1974). Eliely fails to meet this standard. Accordingly, we affirm the district court's order.[2]

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[1]We have jurisdiction over this appeal under the collateral order doctrine. See Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-57 (1949).

[2]We also deny Eliely's motion to expedite as moot and deny his motion for summary relief.

- 2 -